1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700

FILED

FEB 0 3 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:   SEALED          )
                         )
                         ) MAG NO.
                         )
                         )   2:16 - MJ - 0030   CKD
                         )
                         )
                         ) SEALING ORDER
                         )
                         )

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until further order of the Court.

DATED: 2/2/2016

DATED:

_____
HONORABLE CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

SEALING ORDER