PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

Attorneys for Plaintiff
United States of America


FILED
DEC 15 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-MJ-00030-CKD |
|---|---|
| Plaintiff, | **UNDER SEAL** |
| v. | ORDER UNSEALING CRIMINAL COMPLAINT, ARREST WARRANT AND ACCOMPANYING DOCUMENTS |
| WESLEY ALLEN KROHN, | |
| Defendants. | |

Pursuant to Local Rule 141(f) and based upon the Government's Motion to Unseal the Criminal Complaint, IT IS HEREBY ORDERED that the Criminal Complaint and Affidavit in support of the Criminal Complaint in Mag. No. 2:16-MJ-00030-CKD be, and is, hereby ordered **UNSEALED**.

**IT IS SO ORDERED.**

DATED: 12/14/2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE