McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-MJ-00030-CKD |
| Plaintiff, | **ORDER DISMISSING COMPLAINT** |
| v. | |
| WESLEY ALLEN KROHN, | |
| Defendant. | |

For the reasons set forth in the motion to dismiss filed by the United States, the charges against defendant, Wesley Allen Krohn in the pending Complaint, are hereby DISMISSED and any outstanding arrest warrant be recalled.

Dated: September 12, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1